BRODSKY MICKLOW BULL & WEISS LLP
Kurt Micklow, State Bar No. 113974
Edward M. Bull III, State Bar No. 141966
384 Embarcadero West, Suite 200
Oakland, California, 94607-3704
Telephone: (510) 268-6180
Facsimile: (510) 268-6181

Attorneys for Plaintiff
AMIN MOHAMED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AMIN MOHAMED,

    Plaintiff,

vs.

CROWLEY MARITIME CORPORATION; INTREPID PERSONNEL & PROVISIONING, INC.; AMERICAN PETROLEUM TANKERS LLC, and DOES 1-5, *in personam,* and M/V EMPIRE STATE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*;

    Defendants.

CASE NO. SA CV14-239 DOC (DFMx)

SEAMAN'S COMPLAINT FOR PERSONAL INJURY - NEGLIGENCE UNDER THE JONES ACT; BREACH OF THE WARRANTY OF SEAWORTHINESS; MAINTENANCE AND CURE; AND UNEARNED WAGES

DEMAND FOR JURY TRIAL

[Pursuant to 28 U.S.C. §1916 Plaintiff is Entitled to File this Complaint Without Prepayment of Court Filing Fee]

I.

## GENERAL ALLEGATIONS

1. Plaintiff AMIN MOHAMED ("Plaintiff") brings and maintains this action based upon the General Maritime Law pursuant to the United States Constitution Article III, Section 2, the Jones Act, 46 U.S.C. §30104, and 28 U.S.C. §1333.

2. Plaintiff was at all times herein a seaman within the meaning of the

Jones Act and the General Maritime Law. As such, Plaintiff is entitled under the provisions of 28 U.S.C. §1916 to bring this Complaint without prepayment of court's filing fee or the posting of a bond.

      3.     Plaintiff is an American citizen. At all times herein mentioned, Plaintiff has resided and continues to reside in Orange County, California, within the Central District of California.

      4.     At all times herein mentioned, M/V EMPIRE STATE ("the Vessel") was and is a United States flagged vessel afloat upon navigable waters of the United States and/or the high seas. M/V EMPIRE STATE is a tanker with a United States Coast Guard Documentation number of 1225143. She was built in 2010 and is 576 feet long. Her hailing port is Wilmington, Delaware. Plaintiff is informed and believes that M/V EMPIRE STATE is or will be within the Central District of California at some time during the pendency of this action.

      5.     Defendants CROWLEY MARITIME CORPORATION, INTREPID PERSONNEL & PROVISIONING, INC., and AMERICAN PETROLEUM TANKERS LLC are business entities of unknown form existing under the laws of a state other than California. Defendants CROWLEY MARITIME CORPORATION, INTREPID PERSONNEL & PROVISIONING, INC., and AMERICAN PETROLEUM TANKERS LLC are licensed to do business and/or do business within the State of California and are subject to personal jurisdiction in the Central District of California.

      6.     At all times relevant, Defendant AMERICAN PETROLEUM TANKERS LLC was the legal owner of record of M/V EMPIRE STATE. Plaintiff is informed and believes that at the time of his employment aboard this Vessel, it was managed, crewed, maintained, controlled, outfitted and navigated by one or all of Defendants CROWLEY MARITIME CORPORATION, INTREPID PERSONNEL & PROVISIONING, INC., and AMERICAN PETROLEUM

TANKERS LLC., and DOES 1-5, inclusive.

7. At all times relevant, Plaintiff was employed by Defendants to work on the Vessel and had the legal status of a "seaman" within the meaning of the Jones Act (46 U.S.C. §30104) and under the General Maritime Law.

8. Plaintiff is ignorant of the true names and capacities of the Defendants sued herein as DOES 1 through 5, and therefore, Plaintiff sues these Defendants by such fictitious names. Plaintiff will amend the Complaint to allege their true names and capacities when ascertained. In the meantime, Plaintiff is informed and believes that each of the fictitiously named Defendants is affiliated in one way or another with Defendants CROWLEY MARITIME CORPORATION, INTREPID PERSONNEL & PROVISIONING, INC., and AMERICAN PETROLEUM TANKERS LLC and is responsible in some manner for the occurrences herein alleged.

9. Plaintiff is informed and believes that all of the Defendants, including those sued as DOES 1 through 5, were and are the agents, alter egos, partners, joint venturers, co-conspirators, principals, shareholders, servants, employers, employees of their co-Defendants, and in doing the things hereinafter mentioned, were acting within the course and scope of their authority as such agents, alter egos, partners, joint venturers, co-conspirators, principals, shareholders, servants, employers, and employees with the permission, ratification or consent of their co-Defendants and thus are legally liable for all of the damages resulting from the acts or omissions of the others.

10. On or about June 1, 2013, while Plaintiff was working in the course and scope of his duties as an AB Seaman assigned to the Vessel, Plaintiff was ordered and required to lift an extremely heavy waste container in an ergonomically unsafe work procedure which caused him to suffer a disabling spinal injury.

## II.

## FIRST CLAIM FOR RELIEF

**(For Jones Act Negligence Against Defendants CROWLEY MARITIME CORPORATION, INTREPID PERSONNEL & PROVISIONING, INC., AMERICAN PETROLEUM TANKERS LLC and DOES 1-5, inclusive)**

11.   Plaintiff refers to and by that reference incorporates as though fully set forth herein each and every allegation contained in paragraphs 1 through 10, above.

12.   Defendants CROWLEY MARITIME CORPORATION, INTREPID PERSONNEL & PROVISIONING, INC., AMERICAN PETROLEUM TANKERS LLC and DOES 1-5, inclusive, owed Plaintiff a duty to use reasonable care in all aspects of the employment relationship between them and, among other things, to provide Plaintiff with a reasonably safe place to work.

13.   Defendants CROWLEY MARITIME CORPORATION, INTREPID PERSONNEL & PROVISIONING, INC., AMERICAN PETROLEUM TANKERS LLC and DOES 1-5, inclusive, breached this duty of care in a number of ways, including, but not limited to, the following:

(a)   failing to institute and enforce safe lifting limits for their seamen aboard M/V EMPIRE STATE in light of modern ergonomic science;

(b)   requiring Plaintiff to lift, pull, heave, carry, drag and haul a very heavy waste container on and over the deck and rails of M/V EMPIRE STATE, necessitating the use of forces well in excess of safe lifting and pulling limits;

(c)   failing to perform proper job hazard analyses and to institute special procedures for the handling of the large and heavy waste containers aboard M/V EMPIRE STATE;

(d)   failing to exercise ordinary care under the circumstances to have the

vessel's training, equipment and work methods in such a condition that Plaintiff would be able to perform his duties with reasonable safety;

(e) failing to abide by safety laws, regulations, statutes and customs and practice necessary for safety at sea with regard to the manual handling of extremely heavy loads and equipment;

(f) failing to provide adequate crew to perform the required tasks;

(g) failing to design a mechanical system for disposing of waste at sea which would obviate the need for seaman such as Plaintiff to engage in ergonomically dangerous lifts; and

(h) failing to provide Plaintiff with a safe place to work.

14. As a result of the aforesaid negligent acts and omissions, among others, Defendants CROWLEY MARITIME CORPORATION, INTREPID PERSONNEL & PROVISIONING, INC., AMERICAN PETROLEUM TANKERS LLC and DOES 1-5, inclusive, breached the duty of care they owed to Plaintiff.

15. As a legal result of such negligence on the part of Defendants CROWLEY MARITIME CORPORATION, INTREPID PERSONNEL & PROVISIONING, INC., AMERICAN PETROLEUM TANKERS LLC and DOES 1-5, inclusive, Plaintiff has sustained physical and emotional injuries.

16. As a further legal result of the negligence of Defendants CROWLEY MARITIME CORPORATION, INTREPID PERSONNEL & PROVISIONING, INC., AMERICAN PETROLEUM TANKERS LLC and DOES 1-5, inclusive, Plaintiff has sustained and will continue to sustain economic damages, including without limitation, past and future medical expenses and past and future loss of earnings and benefits, all of which will be established at trial according to proof.

17. As a further legal result of the negligence of Defendants CROWLEY MARITIME CORPORATION, INTREPID PERSONNEL & PROVISIONING,

INC., AMERICAN PETROLEUM TANKERS LLC and DOES 1-5, inclusive, Plaintiff has incurred and will in the future incur non-economic damages, including physical and emotional pain and suffering, all of which will be established at trial according to proof.

## III.

## SECOND CLAIM FOR RELIEF

(For Breach of the Warranty of Seaworthiness *In Personam* Against Defendants CROWLEY MARITIME CORPORATION, INTREPID PERSONNEL & PROVISIONING, INC., AMERICAN PETROLEUM TANKERS LLC and DOES 1-5, inclusive, and *In Rem* Against M/V EMPIRE STATE)

18. Plaintiff refers to and by that reference incorporates as though fully set forth herein each and every allegation contained in paragraphs 1 through 17, above.

19. At all times herein relevant, Plaintiff was acting in the service of M/V EMPIRE STATE performing duties of the type traditionally performed by a seaman and whose presence was necessary for the operation of the Vessel.

20. By the provisions of the General Maritime Law of the United States, Defendants CROWLEY MARITIME CORPORATION, INTREPID PERSONNEL & PROVISIONING, INC., AMERICAN PETROLEUM TANKERS LLC and DOES 1-5, inclusive, by and through their agents, employees and servants, warranted to Plaintiff that M/V EMPIRE STATE, and her decks, gear, passageways, equipment, appurtenances, tools, crew members, training, work methods and work environments were seaworthy and in compliance with applicable laws, statutes, standards and regulations enacted for the safety of the crew.

21. As alleged herein, M/V EMPIRE STATE, her decks, lines, gear,

passageways, equipment, appurtenances, tools, crew members, training, work methods and work environments were not seaworthy and were not in compliance with applicable laws, statutes, standards and regulations enacted for the safety of the crew.  Defendants CROWLEY MARITIME CORPORATION, INTREPID PERSONNEL & PROVISIONING, INC., AMERICAN PETROLEUM TANKERS LLC and DOES 1-5, inclusive, violated and breached the warranty of seaworthiness owed Plaintiff in the following respects, among others:

(a)   failing to institute and enforce safe lifting limits for their seamen aboard M/V EMPIRE STATE in light of modern ergonomic science;

(b)   requiring Plaintiff to lift, pull, heave, carry, drag and haul a very heavy waste container on and over the deck and rails of M/V EMPIRE STATE, necessitating the use of forces well in excess of safe lifting and pulling limits;

(c)   failing to perform proper job hazard analyses and to institute special procedures for the handling of the large and heavy waste containers aboard M/V EMPIRE STATE;

(d)   failing to exercise ordinary care under the circumstances to have the vessel's training, equipment and work methods in such a condition that Plaintiff would be able to perform his duties with reasonable safety;

(e)   failing to abide by safety laws, regulations, statutes and customs and practice necessary for safety at sea with regard to the manual handling of extremely heavy loads and equipment;

(f)   failing to provide adequate crew to perform the required tasks;

(g)   failing to have a mechanical system for disposing of waste at sea which would obviate the need for seaman such as Plaintiff to engage in ergonomically dangerous lifts; and

(h)   failing to provide Plaintiff with a safe place to work.

22. As a legal result of these breaches, Plaintiff sustained physical and emotional injuries.

23. As a further legal result of Defendants' breaches, Plaintiff has sustained and will continue to sustain economic damages, including without limitation, past and future medical expenses and past and future loss of earnings and benefits, all of which will be established at trial according to proof. As a further legal result of Defendants' breaches, Plaintiff has incurred and will in the future incur non-economic damages, including physical and emotional pain and suffering, all of which will be established at trial according to proof.

24. Plaintiff has and is asserting herein a maritime lien and an *in rem* claim against M/V EMPIRE STATE for all of the above described economic and non-economic damages caused by the unseaworthiness of M/V EMPIRE STATE.

## IV.

## THIRD CLAIM FOR RELIEF

**(For Maintenance and Cure *In Personam* Against Defendants CROWLEY MARITIME CORPORATION, INTREPID PERSONNEL & PROVISIONING, INC., AMERICAN PETROLEUM TANKERS LLC and DOES 1-5, inclusive, and *In Rem* Against M/V EMPIRE STATE)**

25. Plaintiff refers to and by that reference incorporates as though fully set forth herein each and every allegation contained in paragraphs 1 through 24, above.

26. According to the General Maritime Law, when a seaman becomes ill or injured while in the service of a vessel, the employer is liable *in personam* and the Vessel itself is liable *in rem* to provide the seaman with all reasonable medical care ("cure") and pay to the seaman a reasonable rate of daily financial maintenance sufficient to cover his room and board ("maintenance") from the date of his illness or injury until he reaches "maximum cure."

27. Plaintiff was discharged from M/V EMPIRE STATE on or about June 6, 2013, due to his spinal injuries. Defendants CROWLEY MARITIME CORPORATION, INTREPID PERSONNEL & PROVISIONING, INC., AMERICAN PETROLEUM TANKERS LLC and DOES 1-5, inclusive, *in personam,* and the Vessel itself *in rem* are legally required to furnish Plaintiff with all maintenance and cure to which he is entitled under the General Maritime Law for and during his curative treatments relating to these injuries.

28. Plaintiff is entitled to recover from Defendants any and all past maintenance and cure unpaid and owing at the time of trial.

29. Plaintiff also has and is asserting herein a maritime lien and an *in rem* claim against M/V EMPIRE STATE for all unpaid maintenance and cure.

V.

### FOURTH CLAIM FOR RELIEF

**(For Unearned Wages *In Personam* Against Defendants CROWLEY MARITIME CORPORATION, INTREPID PERSONNEL & PROVISIONING, INC., AMERICAN PETROLEUM TANKERS LLC and DOES 1-5, inclusive, and *In Rem* Against M/V EMPIRE STATE)**

30. Plaintiff refers to and by that reference incorporates as though fully set forth herein each and every allegation contained in paragraphs 1 through 29, above.

31. According to the General Maritime Law, when a seaman becomes ill or injured while in the service of a vessel and is discharged from the vessel for medical reasons, his employer is obligated to pay the employee's wages through the end of the voyage.

32. Plaintiff was hired to work aboard M/V EMPIRE STATE through July 20, 2013. However, Plaintiff was only paid his wages through June 10, 2013, following his discharge for medical reasons. Therefore, Defendants CROWLEY

MARITIME CORPORATION, INTREPID PERSONNEL & PROVISIONING, INC., AMERICAN PETROLEUM TANKERS LLC and DOES 1-5, inclusive, *in personam,* and the Vessel itself *in rem* are legally required to pay Plaintiff his unearned wages through July 20, 2013.

33. Plaintiff also has and is asserting herein a maritime lien and an *in rem* claim against M/V EMPIRE STATE for all unearned wages owed to him through July 20, 2013.

## VI.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:

1. That process in due form of law, according to the practices of this Honorable Court in causes of admiralty and maritime jurisprudence, may issue against M/V EMPIRE STATE, her engines, tackle, apparel, appurtenances, etc., and that all persons having or claiming any interest therein be cited to appear and answer, under oath, all and singular, the matters alleged herein; that Plaintiff have a judgment for his damages aforesaid, with interest and costs; and that, if necessary, M/V EMPIRE STATE be arrested and sold to satisfy Plaintiff's judgment;

2. That process in due form of law according to the practice of this Honorable Court issue against the *in personam* Defendants, citing them to appear and answer all and singular the matters aforesaid;

3. That Plaintiff have judgment for his past and future economic damages in amounts according to proof at trial;

4. That Plaintiff may have judgment for his past and future non-economic damages in amounts according to proof at trial;

5.  That Plaintiff be awarded prejudgment interest on the amounts of the damages awarded;

6.  That Plaintiff be awarded any maintenance and cure unpaid and owing at and through the time of trial in amounts necessary to make him whole according to proof;

7.  That Plaintiff recover his unearned wages;

8.  For costs of suit herein; and

9.  For such other and further relief as this Honorable Court deems just and proper.

DATED: February 14, 2014     Respectfully submitted,
                             BRODSKY MICKLOW BULL & WEISS LLP

                             By: /s/ Kurt Micklow
                                 Kurt Micklow

                             Attorneys for Plaintiff
                             AMIN MOHAMED

## VII.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury.

DATED: February 14, 2014     Respectfully submitted,
                             BRODSKY MICKLOW BULL & WEISS LLP

                             By: /s/ Kurt Micklow
                                 Kurt Micklow

                             Attorneys for Plaintiff
                             AMIN MOHAMED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge __David O. Carter__ and the assigned Magistrate Judge is __Douglas F. McCormick__.

The case number on all documents filed with the Court should read as follows:

**SACV14-239-DOC(DFMx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

February 19, 2014
Date

By  C. Sawyer
Deputy Clerk

---

## NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| ☐ Western Division | ☒ Southern Division | ☐ Eastern Division |
|---|---|---|
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

CV-18 (08/13)  NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

AMIN MOHAMED

**DEFENDANTS** (Check box if you are representing yourself ☐)

CROWLEY MARITIME CORPORATION; INTREPID PERSONNEL & PROVISIONING, INC.; AMERICAN PETROLEUM TANKERS LLC; M/V EMPIRE STATE

**(b) County of Residence of First Listed Plaintiff** ORANGE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant** _____
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

Brodsky Micklow Bull & Weiss LLP, Kurt Micklow SBN 113974, Edward M. Bull III SBN 141996, 384 Embarcadero W., Ste. 200, Oakland CA 94607
Telephone No.: (510) 268-6180

**Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
U.S.C Section 30104 and 28 U.S.C. Section 1333, Jones Act Seaman injured aboard a United States document vessel named M/V EMPIRE STATE, owned and operated by defendants.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS PERSONAL INJURY** | **TORTS PERSONAL PROPERTY** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☒ 340 Marine | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | | ☐ 445 American with Disabilities-Employment | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

---

**FOR OFFICE USE ONLY:** Case Number: SACV14-239

CV-71 (11/13)    CIVIL COVER SHEET    Page 1 of 3

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court?<br>☐ Yes ☒ No<br>If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action?<br>☐ Yes ☒ No<br>If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF?<br>Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT?<br>Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? (Make only one selection per row) | A.<br>Los Angeles County | B.<br>Ventura, Santa Barbara, or San Luis Obispo Counties | C.<br>Orange County | D.<br>Riverside or San Bernardino Counties | Outside the Central District of California | Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| Indicate the location in which a majority of claims arose: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

| C.1. Is either of the following true? If so, check the one that applies: | C.2. Is either of the following true? If so, check the one that applies: |
|---|---|
| ☐ 2 or more answers in Column C | ☐ 2 or more answers in Column D |
| ☒ only 1 answer in Column C and no answers in Column D | ☐ only 1 answer in Column D and no answers in Column C |
| Your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question D, below.<br>If none applies, answer question C2 to the right. ➡ | Your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question D, below.<br>If none applies, go to the box below. ⬇ |

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | SOUTHERN DIVISION |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s):

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s):  BC521998, Los Angeles Superior Court

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** [signature]    DATE: 2/18/14

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |