**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 14-0239-DOC (DFMx)             Date: May 27, 2015

Title: AMIN MOHAMED V CROWLEY MARITIME CORPORATION, ETC., ET AL

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Goltz | Not Reported |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Kurt Micklow | Albert Peacock, III |

**PROCEEDINGS:**     **JURY TRIAL**

Jury Trial not held. Jury trial rescheduled for September 22, 2015 @ 8:30 a.m.

                                                   Initials of Clerk    djg       :   00