NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

Kurt Micklow, CSB No. 113974
kmicklow@bmbwlawfirm.com
Edward M. Bull III, CSB No. 141996
ebull@bmbwlawfirm.com
BRODSKY MICKLOW BULL & WEISS LLP
1070 Marina Village Parkway, Suite 200
Alameda, CA 94501
Telephone: (510) 268-6180
Facsimile: (510) 268-6181

Attorneys for Plaintiff
AMIN MOHAMED

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIN MOHAMED, | CASE NO. SACV 14-0239-DOC (DFMx) |
| Plaintiff, | |
| vs. | [~~proposed~~] **JUDGMENT** |
| CROWLEY MARITIME CORPORATION: INTREPID PERSONNEL & PROVISIONING, INC.; AMERICAN PETROLEUM TANKERS LLC, and DOES 1-5, *in personam,* and M/V EMPIRE STATE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*; | |
| Defendants. | |

This action was tried to a jury during the period September 29 - October 2, 2015, before the Hon. David O. Carter. On October 2, 2015, the jury returned the Verdict Form (Redacted form, Docket No. 69; Unredacted form, Docket 70). By virtue of and based upon the findings of the jury set forth in the Verdict Form, Judgment is hereby entered in favor of Plaintiff AMIN MOHAMED and against

1  Defendant INTREPID PERSONNEL & PROVISIONING, INC., in the amount of
2  $233,333.33, and in favor of Plaintiff AMIN MOHAMED and against Defendant
3  AMERICAN PETROLEUM TANKERS LLC., in the amount of $233,333.33.
4  ~~Plaintiff shall further recover costs as allowed by Rule 54(d)(1) of the FRCP.~~

6  DATE: October 19, 2015           /s/ David O. Carter
7                                    DAVID O. CARTER, U.S. DISTRICT JUDGE
                                      ~~CLERK OF COURT~~